■■ JOSEPH D. PARKER et al., Appellants, v FAY YUEN FU et al., Defendants, and ALDEN STATE BANK, Respondent. (Appeal No. 3.) [849 NYS2d 863]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered February 9, 2007. The order granted the motion of defendant Alden State Bank to dismiss the complaint against it.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Alden State Bank v Sunrise Bldrs., Inc.,* 48 AD3d 1162 [2008]. Present—Gorski, J.P., Martoche, Lunn, Fahey and Pine, JJ.